# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| MARCIA A. MURDOCK <br><br> *Plaintiff(s)* <br> v. <br> CB RICHARD ELLIS OF VIRGINIA, INC. <br> and <br> CBRE, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 2:14 cv 552 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CB RICHARD ELLIS OF VIRGINIA, INC.
Jeffrey W. Breeser
Willcox & Savage, PC
440 Monticello Ave. Ste. 2200
Norfolk, VA 23510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Todd M. Gaynor, Esq.
Gaynor Law Center, PC
440 Monticello Ave. Ste. 1800
Norfolk, VA 23510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/30/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14 cv 552

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA — SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF: VA

377434 - 2

| | |
|---|---|
| MARCIA A MURDOCK | CASE NO: |
| In re / v. | **2:14CV552** |
| CB RICHARD ELLIS OF VIRGINIA, INC ET AL | |

**JEFFREY W BREESER**
CB RICHARD ELLIS OF VIRGINIA, INC WILLCOX & SAVAGE, PC
440 MONTICELLO AVE STE 2200, NORFOLK, VA 23510

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: **SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: **11/5/2014 @ 1:50 PM**

METHOD OF SERVICE:

**PERSONAL SERVICE**

Dated: 11/6/2014     Signature
Name: JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
JOHNNIE T. DAY
who is personally known to me.
Date: 11/6/2014
My commission expire 10/31/2015

Signature of Notary Public: CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

TODD GAYNOR ESQ

377434 - 2