IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MARCIA A. MURDOCK

    Plaintiff,

v.                                                    CASE NO.: 2:14CV552

CB RICHARD ELLIS OF VIRGINIA, INC.

and

CBRE, INC.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
## CB RICHARD ELLIS OF VIRGINIA, INC.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Marcia A. Murdock, by and through its counsel, voluntarily dismisses with prejudice its claims against Defendant CB Richard Ellis of Virginia, Inc. in the above-captioned action. CB Richard Ellis of Virginia, Inc. has not served an answer or motion for summary judgment in the action.

Dated: November 21, 2014

1

Respectfully submitted,

MARCIA A. MURDOCK

_____ /s/
Todd M. Gaynor, Esquire
Virginia Bar No.: 47742
Attorney for Plaintiff
GAYNOR LAW CENTER, P.C.
440 Monticello Avenue, Suite 1800
Norfolk, Virginia 23510
PH: (757) 828-3739
FX: (75) 257-3674
tgaynor@gaynorlawcenter.com